**THERESA DURRANCE v. SAM P. DURRANCE**

29 So. (2nd) 757   January Term, 1947
April 4, 1947   En Banc
Rehearing Denied April 17, 1947

*Louis A. Sabatino,* for appellant.

*Hubbard & Carr, Rodney Durrance* and *B. K. Roberts,* for appellee.

PER CURIAM:

Decree is affirmed on authority of Watson v. Watson, 153 Fla. 668, 15 So. (2nd) 446.

So ordered.

TERRELL, BUFORD, ADAMS and BARNS, JJ., concur.

THOMAS, C. J., and CHAPMAN, J., dissent.